Brent R. Phillips (SBN 235753)
Ronald A. Gorrie (SBN 180477)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Defendant VERCY L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN FABRIKANT, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERCY L.L.C., a California limited liability company, and JOHN DOE, an unknown business entity,<br><br>Defendants. | Case No.: 8:22-cv-00224-JLS-JDE<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERCY, LLC; AND DEMAND FOR A JURY TRIAL**<br><br>Judge:    Hon. Josephine E. Staton<br>Courtroom:  8A<br>Complaint Filed: February 14, 2022<br>Trial Date:  None |

Defendant VERCY, LLC ("VERCY"), by and through undersigned counsel, answers Plaintiff BEN FABRIKANT'S ("Plaintiff"), individually and on behalf of all other similarly situated, ("Plaintiff") Complaint as follows:

1. Answering paragraph 1 of the Complaint, VERCY denies the allegations contained in paragraph 1 of the Complaint.

2. Answering paragraph 2 of the Complaint, VERCY denies the allegations contained in paragraph 2 of the Complaint.

3. Answering paragraph 3 of the Complaint, VERCY is without

sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint, and therefore denies the allegations.

4. Answering paragraph 4 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint, and therefore denies the allegations.

5. Answering paragraph 5 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint, and therefore denies the allegations.

6. Answering paragraph 6 of the Complaint, VERCY denies the allegations contained in paragraph 6 of the Complaint.

7. Answering paragraph 7 of the Complaint, VERCY denies the allegations contained in paragraph 7 of the Complaint.

8. Answering paragraph 8 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, and therefore denies the allegations.

9. Answering paragraph 9 of the Complaint, VERCY admits the allegations contained in paragraph 9 of the Complaint.

10. Answering paragraph 10 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint, and therefore denies the allegations.

11. Answering paragraph 11 of the Complaint, VERCY admits the allegations contained in paragraph 11 of the Complaint.

12. Answering paragraph 12 of the Complaint, VERCY admits the

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERCY L.C.C.; AND DEMAND FOR JURY TRIAL**

allegations contained in paragraph 12 of the Complaint.

13. Answering paragraph 13 of the Complaint, VERCY admits the allegations contained in paragraph 13 of the Complaint.

14. Answering paragraph 14 of the Complaint, VERCY denies the allegations contained in paragraph 14 of the Complaint.

15. Answering paragraph 15 of the Complaint, VERCY denies the allegations contained in paragraph 15 of the Complaint.

16. Answering paragraph 16 of the Complaint, VERCY denies the allegations contained in paragraph 16 of the Complaint.

17. Answering paragraph 17 of the Complaint, VERCY denies the allegations contained in paragraph 17 of the Complaint.

18. Answering paragraph 18 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint, and therefore denies the allegations.

19. Answering paragraph 19 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint, and therefore denies the allegations.

20. Answering paragraph 20 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint, and therefore denies the allegations.

21. Answering paragraph 21 of the Complaint, VERCY denies the allegations contained in paragraph 21 of the Complaint.

22. Answering paragraph 22 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint, and therefore denies the

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERCY L.C.C.; AND DEMAND FOR JURY TRIAL**

allegations.

23. Answering paragraph 23 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint, and therefore denies the allegations.

24. Answering paragraph 24 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint, and therefore denies the allegations.

25. Answering paragraph 25 of the Complaint, VERCY denies the allegations contained in paragraph 25 of the Complaint.

26. Answering paragraph 26 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint, and therefore denies the allegations.

27. Answering paragraph 27 of the Complaint, VERCY denies the allegations contained in paragraph 27 of the Complaint.

28. Answering paragraph 28 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint, and therefore denies the allegations.

29. Answering paragraph 29 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint, and therefore denies the allegations.

30. Answering paragraph 30 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint, and therefore denies the

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERCY L.C.C.; AND DEMAND FOR JURY TRIAL**

1 allegations.

2 31. Answering paragraph 31 of the Complaint, VERCY is without
3 sufficient information or knowledge to form a belief as to the truth of the
4 allegations contained in paragraph 31 of the Complaint, and therefore denies the
5 allegations.

6 32. Answering paragraph 32 of the Complaint, VERCY is without
7 sufficient information or knowledge to form a belief as to the truth of the
8 allegations contained in paragraph 32 of the Complaint, and therefore denies the
9 allegations.

10 33. Answering paragraph 33 of the Complaint, VERCY is without
11 sufficient information or knowledge to form a belief as to the truth of the
12 allegations contained in paragraph 33 of the Complaint, and therefore denies the
13 allegations.

14 34. Answering paragraph 34 of the Complaint, VERCY is without
15 sufficient information or knowledge to form a belief as to the truth of the
16 allegations contained in paragraph 34 of the Complaint, and therefore denies the
17 allegations.

18 35. Answering paragraph 35 of the Complaint, VERCY is without
19 sufficient information or knowledge to form a belief as to the truth of the
20 allegations contained in paragraph 35 of the Complaint, and therefore denies the
21 allegations.

22 36. Answering paragraph 36 of the Complaint, VERCY denies the
23 allegations contained in paragraph 36 of the Complaint.

24 37. Answering paragraph 37 of the Complaint, VERCY denies the
25 allegations contained in paragraph 37 of the Complaint.

26 38. Answering paragraph 38 of the Complaint, VERCY denies the
27 allegations contained in paragraph 38 of the Complaint.

28 39. Answering paragraph 39 of the Complaint, VERCY is without

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERCY L.C.C.; AND DEMAND FOR JURY TRIAL**

sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint, and therefore denies the allegations.

40. Answering paragraph 40 of the Complaint, VERCY denies the allegations contained in paragraph 40 of the Complaint.

41. Answering paragraph 41 of the Complaint, VERCY denies the allegations contained in paragraph 41 of the Complaint.

42. Answering paragraph 42 of the Complaint, VERCY denies the allegations contained in paragraph 42 of the Complaint.

43. Answering paragraph 43 of the Complaint, VERCY denies the allegations contained in paragraph 43 of the Complaint.

44. Answering paragraph 44 of the Complaint, VERCY denies the allegations contained in paragraph 44 of the Complaint.

45. Answering paragraph 45 of the Complaint, VERCY denies the allegations contained in paragraph 45 of the Complaint.

46. Answering paragraph 46 of the Complaint, paragraph 46 sets forth no allegations; as such, no response is necessary.

47. Answering paragraph 47 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint, and therefore denies the allegations.

48. Answering paragraph 48 of the Complaint, VERCY denies the allegations contained in paragraph 48 of the Complaint.

49. Answering paragraph 49 of the Complaint, VERCY denies the allegations contained in paragraph 49 of the Complaint.

50. Answering paragraph 50 of the Complaint, VERCY denies the allegations contained in paragraph 50 of the Complaint.

51. Answering paragraph 51 of the Complaint, VERCY denies the

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERCY L.C.C.; AND DEMAND FOR JURY TRIAL**

allegations contained in paragraph 51 of the Complaint.

52. Answering paragraph 52 of the Complaint, paragraph 52 sets forth no allegations; as such, no response is necessary.

53. Answering paragraph 53 of the Complaint, VERCY is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint, and therefore denies the allegations.

54. Answering paragraph 54 of the Complaint, VERCY denies the allegations contained in paragraph 54 of the Complaint.

55. Answering paragraph 55 of the Complaint, VERCY denies the allegations contained in paragraph 55 of the Complaint.

56. Answering paragraph 56 of the Complaint, VERCY denies the allegations contained in paragraph 56 of the Complaint.

57. Answering paragraph 57 of the Complaint, VERCY denies the allegations contained in paragraph 57 of the Complaint.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

### **(FAILURE TO STATE A CAUSE OF ACTION)**

The Complaint fails to state facts sufficient to constitute a cause of action against VERCY.

### **SECOND AFFIRMATIVE DEFENSE**

### **(ESTOPPEL)**

Plaintiff and/or proposed class members by their own acts and/or omissions are estopped from recovering at all against VERCY.

### **THIRD AFFIRMATIVE DEFENSE**

### **(CONSENT)**

Plaintiff and/or proposed class member by their own words and conduct consented to the alleged contacts by VERCY

## FOURTH AFFIRMATIVE DEFENSE
## (LACK OF STANDING)

Plaintiff and/or proposed class members lack standing to bring this lawsuit against VERCY.

## FIFTH AFFIRMATIVE DEFENSE
## (STATUTES OF LIMITATION)

Plaintiff's and/or proposed class members causes of action, and each of them, are barred by the applicable statutes of limitation.

## SIXTH AFFIRMATIVE DEFENSE
## (FAILURE TO MITIGATE DAMAGES)

VERCY denies that Plaintiff and/or proposed class members have been damaged in any sum or sums, but to the extent Plaintiff and/or proposed class members have been damaged, those damages should be reduced based on their failure to mitigate.

## SEVENTH AFFIRMATIVE DEFENSE
## (UNCLEAN HANDS)

Plaintiff and/or proposed class members are barred from presenting their claims before the court based on the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE
## (LACHES)

Plaintiff's and/or proposed class members claims are barred by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE
## (INTERVENING OR SUPERSEDING CAUSE)

The damages that Plaintiff and/or proposed class members claim to have suffered were caused or made worse by an event that occurred after the incident complained of.

///

## TENTH AFFIRMATIVE DEFENSE
## (LACK OF DAMAGES)

Plaintiff's and/or proposed class members' claims are barred in that they have not been damaged.

## ELEVENTH AFFIRMATIVE DEFENSE
## (WAIVER)

Plaintiff's and/or proposed class members' claims are barred based on the doctrine of waiver.

## TWELFTH AFFIRMATIVE DEFENSE
## (JOINDER)

Plaintiff has failed to join indispensable parties with which a full, complete and equitable adjudication can be made in this action.

## THIRTEENTH AFFIRMATIVE DEFENSE
## (ACTS OF OTHER PARTIES)

VERCY alleges that, if it is subject to any liability by Plaintiff and/or proposed class members, herein it will be due in whole or in part to the acts and/or omissions of other parties, or parties unknown at this time, and any recovery obtained by Plaintiff, and/or proposed class members, should be barred or reduced according to law, up to and including the whole thereof.

///
///
///
///
///
///
///
///
///

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERCY L.C.C.; AND DEMAND FOR JURY TRIAL**

## FIFTEENTH AFFIRMATIVE DEFENSE
## (ABSENCE OF NECESSARY PARTIES)

The purported claims and causes of action alleged by Plaintiff require, for their complete adjudication, the joining of additional, necessary or indispensable parties, without whom the purported claims and causes of action cannot be fully, finally and completely resolved.

PHILLIPS LAW CORPORATION

DATED: March 8, 2022         By: /s/ Brent R. Phillips
                                 BRENT R. PHILLIPS
                                 Attorneys for Defendant
                                 VERCY, LLC

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERCY L.C.C.; AND DEMAND FOR JURY TRIAL**

## **DEMAND FOR A JURY TRIAL**

PLEASE TAKE NOTICE that Defendant VERCY, LLC hereby demands a trial by jury in this action.

PHILLIPS LAW CORPORATION

DATED: March 8, 2022    By: *Brent R. Phillips*
BRENT R. PHILLIPS
Attorneys for Defendant
VERCY, LLC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PHILLIPS LAW CORPORATION, 801 Parkcenter Drive, Suite 801, Santa Ana, California 92705.

On March 8, 2022, I served by electronic service through the United States District Court for the Northern District of California's CM/ECF electronic filing system to the following parties:

| Mark L. Javitch, Esq.<br>JAVITCH LAW OFFICE<br>480 S. Ellsworth Avenue<br>San Mateo, CA 94401<br>Tel: (650) 781-8000<br>Fax: (650) 648-0705<br>E-mail: mark@javitchlawoffice.com | **Attorneys for Plaintiff BEN FABRIKANT individually and on behalf of all other similarly situated** |
|---|---|

the following document(s) listed below:

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERCY LLC; AND DEMAND FOR A JURY TRIAL**

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at which direction the service was made.

Executed on March 8, 2022, at Santa Ana, California.



Brent R. Phillips