Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN FABRIKANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERCY L.L.C., a California business entity, et. al.,<br><br>　　　　　Defendants. | Case No.:  8:22-cv-00224-JLS-JDE<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

　　Now Comes Plaintiff BEN FABRIKANT, in his individual capacity, and Defendant VERCY L.L.C., by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims with prejudice, with each side bearing their own costs and attorney's fees.

　　Dated: June 6, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　/s/ Mark L. Javitch_____

STIPULATION OF VOLUNTARY DISMISSAL　　　　　　1　　　　　　8:22-cv-00224-JLS-JDE

1
2                                  Mark L. Javitch
                                  *Attorneys for Plaintiff*
3
4
5                         By:   /s/ Brent R. Phillips
                                Brent R. Phillips
6                                *Attorneys for Defendant*
7
8
9      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
10
11                        By:
                                Hon. Josephine L. Staton
12                                United States District Court Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF
VOLUNTARY DISMISSAL                    2                  8:22-cv-00224-JLS-JDE

**Local Rule 5-4.3.4(a)(2)(i) Attestation**

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule 5-4.3.4(a)(2)(i) permits the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with LR 5-4.3.4(a)(2)(i), I hereby attest that I have received concurrence in the content of this filing or authorization from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: June 6, 2022          By:   /s/ Mark L. Javitch